IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:03-cr-474 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **CHABNEL DESSIN, a/k/a Chabnel,** | ) | **(Dismissing Indictment)** |
| **a/k/a Chamel, a/k/a Shamel, a/k/a Chaanel** | | |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:03-cr-474, filed April 23, 2003, against the Defendant, **CHABNEL DESSIN, a/k/a Chabnel, a/k/a Chamel, a/k/a Shamel, a/k/a Chaanel**, be and the same is hereby dismissed without prejudice.

November 21, 2017                         s/ R. Bryan Harwell
Florence, South Carolina             R. Bryan Harwell
                                                               United States District Judge